UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FILICIA ROOT,<br><br>　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br>　　Defendant | Civil No.  3:11-cv-05713 JRC<br><br>ORDER GRANTING EXTENSION AND AMENDING BRIEFING SCHEDULE |

　　Based on the stipulation of the parties (ECF No. 16), it is hereby ORDERED that the briefing schedule shall be amended as follows:

- Plaintiff shall file an Opening Brief on or before March 16, 2012;

- Defendant shall file a Response to the Opening Brief on or before April 13, 2012;

- Plaintiff shall file the optional Reply Brief on or before April 27, 2012; and

- Oral argument, if desired, shall be requested by May 4, 2012.

　　DATED this 10th day of February, 2012.

　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　ORDER - [3:11-cv-05713 JRC]