UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| FILICIA ROOT, | Civil No. 3:11-cv-05713 JRC |
|---|---|
| Plaintiff, | ORDER GRANTING EXTENSION AND AMENDING BRIEFING SCHEDULE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br>  Defendant | |

Based on the stipulation of the parties (ECF No. 16), it is hereby ORDERED that the briefing schedule shall be amended as follows:

- Plaintiff shall file an Opening Brief on or before March 16, 2012;

- Defendant shall file a Response to the Opening Brief on or before April 13, 2012;

- Plaintiff shall file the optional Reply Brief on or before April 27, 2012; and

- Oral argument, if desired, shall be requested by May 4, 2012.

DATED this 10th day of February, 2012.

J. Richard Creatura
United States Magistrate Judge