|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA |
| FILICIA ROOT,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of
the Social Security Administration,

Defendant. | CASE NO. 11-cv-05713 JRC

ORDER ON STIPULATION FOR
EQUAL ACCESS TO JUSTICE ACT
FEES AND EXPENSES |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 4; Consent to Proceed Before a United States Magistrate Judge, ECF No. 6). This matter is before the Court on plaintiff's Stipulated Moion for Equal Access to Justice Act Fees and Expenses (*see* ECF No. 29).

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, (hereinafter "EAJA"), the Stipulation of the parties (*see* ECF No. 29), and attorney Declaration and time and expense itemizations (ECF No. 30, with attachments 1 and 2), it is hereby ORDERED that EAJA

1  attorney's fees of $4,082.08 and expenses in the amount of $17.37, shall be awarded to plaintiff

2  pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S.

3  LEXIS 4763 at \*\*\*6-\*\*\*7 (2010).

4      If it is determined that plaintiff's EAJA fees are not subject to any offset allowed under

5  the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made

6  payable to Stephen A. Maddox, based on plaintiff's assignment of these amounts to plaintiff's

7  attorney (*see* Plaintiff's Declaration Regarding Net Worth and Payment of EAJA Fees, ECF No.

8  8). The same procedure applies for any remainder following any offset. Any check for EAJA

9  fees shall be mailed to plaintiff's counsel, Stephen A. Maddox, at 410-A South Capitol Way,

10  Olympia, Washington 98501.

11      Dated this 1st day of November, 2012.

                                                       */s/ J. Richard Creatura*
                                            J. Richard Creatura
                                            United States Magistrate Judge